CELLINO & BARNES, P.C.
Attorneys for Plaintiff
350 Main St., 25th Floor
2500 Main Place Tower
Buffalo, New York 14202-3725
(716) 854-2020

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | **Case No. 08-4184 CRB**<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| WINFRED ANN REVER,<br><br>Plaintiff,<br>vs.<br><br>PFIZER, INC., PHARMACIA CORPORATION (a/k/a PHARMACIA PHARMACEUTICAL CORPORATION) and DOES 1-10,<br><br>Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, WINFRED ANN REVER, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

DATED: June 1, 2010

**CELLINO & BARNES, P.C.**

By: _____

Brian A. Goldstein, Esq.
Attorneys for Plaintiff
350 Main St., 25th Floor
2500 Main Place Tower
Buffalo, New York 14202-3725
(716) 854-2020

DATED: $10/6$, 2010

**DLA PIPER LLP (US)**

By: _____

Matthew A. Holian, Esq.
Attorneys for Defendants
33 Arch Street, 26th Floor
Boston, Massachusetts 02110-1447
(617) 406-6009

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
IT IS SO ORDERED**

Dated: $10/14/2010$

_____

Hon. Charles R. Breyer
United States District Court